NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kristen Simplicio
Clarkson Law Firm, P.C.
1050 Connecticut Ave NW, Suite 500
Washington, DC 20036
Tel.: (202) 998-2299

ATTORNEY(S) FOR: Plaintiff Marlene Crawford

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARLENE CRAWFORD, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendant(s)

CASE NUMBER:

5:26-cv-03457

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Marlene Crawford or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marlene Crawford | Plaintiff |
| Hometap Equity Partners, LLC | Defendant |
| Hometap Investment Partners II, L.P. | Defendant |

6/23/2026
Date

/s/ Kristen Simplicio
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Marlene Crawford