**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century Pk E, Seventh Floor
Los Angeles, CA 90067
Tel: (310) 315-8225
Fax: (310) 315-8210

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARLENE CRAWFORD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

**Case No. 5:26-cv-03457-KK-AS**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: October 29, 2026

Time: 9:30 a.m.

Judge: Hon. Kenly Kiya Kato

**[PROPOSED] ORDER**

Before the Court is the Motion to Compel Arbitration and Stay Proceedings filed by Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P. Having considered the papers filed in connection with this Motion, the Court finds good cause to GRANT it.

Under the Federal Arbitration Act, 9 U.S.C. §§ 3-4, a court must compel arbitration and stay proceedings where a valid agreement to arbitrate exists and encompasses the dispute at issue. *See Chiron Corp. v. Ortho Diagnostic Sys., Inc.*, 207 F.3d 1126, 1130 (9th Cir. 2000). The Court finds that the Option Purchase Agreements at the center of this dispute contain binding and enforceable arbitration provisions that require arbitration.

Based on the foregoing, it is hereby ORDERED that:

1. Defendants' Motion to Compel Arbitration and to Stay Proceedings is hereby GRANTED in its entirety; and

2. This action is STAYED pending resolution of any arbitration proceeding initiated by Plaintiff.

Dated: _______, 2026 By: ______________________________

HON. KENLY KIYA KATO
United States District Judge