**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century Pk E, Seventh Floor
Los Angeles, CA 90067
Tel: (310) 315-8225
Fax: (310) 315-8210

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE CRAWFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | **Case No. 5:26-cv-03457-KK-AS**<br><br>The Hon. Kenly Kiya Kato<br><br>**DEFENDANTS HOMETAP EQUITY PARTNERS, LLC AND HOMETAP INVESTMENT PARTNERS II, L.P.'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Hometap Equity Partners, LLC is a subsidiary of HomeTap Management Holdings LLC. HomeTap Management Holdings LLC is controlled by Jeffrey R. Glass, Andrew Miller, and approximately 418 current and former Hometap employees.

Defendant Hometap Equity Partners, LLC is comprised of the following members, who may have a pecuniary interest in the outcome of this case:

- HomeTap Management Holdings LLC
- GC/SF Blocker, Inc.
- Kaiser Permanente Group Trust
- Kaiser Foundation Hospitals
- G20 II Hometap Holdings, LLC
- G20 Ventures III Hometap Holdings LLC
- American Family Mutual Insurance Company, S.I.
- AmFam VC Fund III, LP
- Pillar I (AIV), LP
- Pillar Select Hometap Holdings, LLC
- Real Estate Portfolio HT SPV LP
- BCC Opco Aggregator, LP
- Bain Capital DSS Opportunities Holdings II LP
- TriplePoint Ventures 5 LLC
- Toolbox, LP
- Richard C. "Bear" Albright, Jr.

- Bear Albright Family Trust
- Guggenheim Life and Annuity Company
- Delaware Life Insurance Company
- Lackawanna American Insurance Company
- Lackawanna National Insurance Company
- Lackawanna Casualty Company
- Clear Spring Property and Casualty Company
- R.V.I. Guaranty Co., Ltd.

Defendant Hometap Equity Partners, LLC's primary insurance carrier is Lloyds, and its first excess carrier is Ace American Insurance Company.

The general partner of Defendant Hometap Investment Partners II, L.P. is Hometap Holdings II, LLC. The sole member of Hometap Holdings II, LLC is Hometap Equity Partners, LLC. The members of Hometap Equity Partners, LLC are set forth above.

Defendant Hometap Investment Partners II, L.P.'s primary insurance carrier is Lloyds, and its first excess carrier is Ace American Insurance Company.

No publicly held corporation or other publicly held entity owns 10% or more of either Defendant.

DATED: August 21, 2026

**MCGUIREWOODS LLP**

By: */s/ Anthony Q. Le*
Anthony Q. Le

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II. L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I caused the foregoing document entitled **DEFENDANTS HOMETAP EQUITY PARTNERS, LLC AND HOMETAP INVESTMENT PARTNERS II, L.P.'S NOTICE OF INTERESTED PARTIES** to be filed electronically with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 21, 2026

By: */s/ Anthony Q. Le*
Anthony Q. Le

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P.*