Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARLENE CRAWFORD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS II, L.P.,

Defendants.

Case No. 5:26-cv-03457-KK-AS

*Assigned to District Judge Kenly Kiya Kato and Magistrate Judge Alka Sagar*

**ORDER GRANTING FIRST STIPULATION RE: PENDING MOTIONS, AND FILING OF FIRST AMENDED COMPLAINT**

[NOTE CHANGES BY THE COURT]

# ORDER

Having considered the Parties' First Stipulation re: Pending Motions and Filling of First Amended Complaitn, and all relevant papers filed herein, hereby finds good cause shown and ORDERS as follows:

1. Plaintiff's First Amended Complaint ("FAC") shall be due on September 30, 2026;
2. Hometap's renewed Motion to Compel Arbitration shall be due on October 14, 2026;
3. Plaintiff's Opposition to the Motion to Compel Arbitration shall be due on November 4, 2026;
4. Hometap's Reply shall be due on November 18, 2026;
5. The hearing on the Motion to Compel Arbitration shall take place on December 3, 2026, ~~or another day thereafter as the Court's schedule permits~~; and
6. Except as set forth herein, proceedings in this action shall be stayed, pending the Court's ruling on Hometap's Motion to Compel Arbitration, and in the event the Motion is denied, the Court shall set the deadline for an answer or responsive pleading for thirty days after the Court's order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 28, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265