**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century Pk E, Seventh Floor
Los Angeles, CA 90067
Tel: (310) 315-8225
Fax: (310) 315-8210

**MCGUIREWOODS LLP**
K. Issac deVyver (admitted *pro hac vice*)
kdevyver@mcguirewoods.com
Tower Two-Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Tel: (412) 667-7988
Fax: (412) 667-7976

*Attorneys for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE CRAWFORD and MICHAEL SAUNDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | **Case No. 5:26-cv-03457-KK-AS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: December 3, 2026<br><br>Time: 9:30 a.m.<br><br>Judge: Hon. Kenly Kiya Kato |

**[PROPOSED] ORDER**

Before the Court is the Motion to Compel Arbitration and Stay Proceedings filed by Defendants Hometap Equity Partners, LLC and Hometap Investment Partners II, L.P. Having considered the papers filed in connection with this Motion, the Court finds good cause to GRANT it.

Under the Federal Arbitration Act, 9 U.S.C. §§ 3-4, a court must compel arbitration and stay proceedings where a valid agreement to arbitrate exists and encompasses the dispute at issue. *See Chiron Corp. v. Ortho Diagnostic Sys., Inc.*, 207 F.3d 1126, 1130 (9th Cir. 2000). The Court finds that the Option Purchase Agreements at the center of this dispute contain binding and enforceable arbitration provisions that require arbitration.

Based on the foregoing, it is hereby ORDERED that:

1. Defendants' Motion to Compel Arbitration and to Stay Proceedings is hereby GRANTED in its entirety; and

2. This action is STAYED pending resolution of any arbitration proceeding initiated by Plaintiffs.

Dated: __________, 2026 By: ________________________________
HON. KENLY KIYA KATO
United States District Judge